# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00200 |
| | ) | Judge Trauger |
| WILLIAM LAVELLE BURNS | ) | |
| | ) | |

## O R D E R

A revocation proceeding was held on August 15, 2013, at which the defendant pled guilty to Violations 1 and 3. Upon the joint request of the parties, it is hereby **ORDERED** that this proceeding is **RESET** for further hearing on Friday, November 15, 2013, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 15th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge